UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

MILES CHARLES

                                Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -CR-  419   ( VM )

Defendant __Miles Charles__ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___     Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer


_AW pp Miles Charles_                                   _Ariel Werner_
Defendant's Signature                                    Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Miles Charles                                                     Ariel Werner
Print Defendant's Name                                  Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

September 2, 2020
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge