USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/4/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :     20 CR 419(VM)
          -against-                  :         ORDER
                                     :
MILES CHARLES,                       :
                                     :
               Defendant.            :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the pre-trial conference before the Honorable Victor Marrero on Tuesday, September 8, 2020 at 12:00 p.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:    New York, New York
          September 4, 2020

_____
Victor Marrero
U.S.D.J.