```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :          **20 CR 419(VM)**
         -against-                 :             **ORDER**
                                   :
MILES CHARLES,                     :
                                   :
                 Defendant.        :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

By letter dated February 17, 2021, counsel for the Defendant in the above-captioned matter requested a 45-day adjournment of the status conference currently scheduled for February 26, 2021. (See Dkt. No. 29.) The Government requested, upon consent of defense counsel, the exclusion of time under the Speedy Trial Act. Accordingly, it is hereby

**ORDERED** that the conference currently scheduled for February 26, 2021 shall be adjourned until April 16, 2021 at 12:00 p.m. In light of the ongoing public health emergency, the conference will proceed via telephone. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198; and it is further

**ORDERED** that the time until the conference on April 16, 2021 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:    New York, New York
          February 18, 2021

                              _____
                                     Victor Marrero
                                        U.S.D.J.