**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/22/2021
```

--------------------------------X

UNITED STATES OF AMERICA,            :
                                     :
                                     :       **20 CR 419(VM)**
          -against-                  :          **ORDER**
                                     :
MILES CHARLES,                       :
                                     :
                    Defendant.       :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

In light of the ongoing public health emergency, the pre-trial conference before the Honorable Victor Marrero on Friday, April 30, 2021 at 12:00 p.m. shall proceed via teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

**SO ORDERED:**

Dated:     New York, New York
           April 22, 2021

_____
           Victor Marrero
             U.S.D.J.