**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2022
```

UNITED STATES OF AMERICA,

       -against-

MILES CHARLES,

       Defendant.

20 CR 419 (VM)

<u>ORDER</u>

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Miles Charles currently scheduled for January 14, 2022, is hereby adjourned to March 25, 2022, at 2:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            January 11, 2022

                                                    Victor Marrero
                                                     U.S.D.J.