**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2022
```

UNITED STATES OF AMERICA,

       -against-

MILES CHARLES,

       Defendant.

20 CR 419 (VM)

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Miles Charles currently scheduled for March 25, 2022, is hereby adjourned to June 17, 2022, at 4:00 p.m.

**SO ORDERED.**

Dated:    New York, New York
            March 23, 2022

_____
Victor Marrero
   U.S.D.J.