**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2022
```

UNITED STATES OF AMERICA,

          -against-

MILES CHARLES,

          Defendant.

**20 CR 419 (VM)**

**ORDER**

**VICTOR MARRERO, U.S.D.J.:**

    The sentencing hearing for defendant Miles Charles is rescheduled from June 17, 2022, to June 9, 2022, at 11:00 a.m.

**SO ORDERED.**

Dated: April 12, 2022
       New York, New York

*Victor Marrero*
U.S.D.J.